# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

DWIGHT BOYKIN, :

    Plaintiff, :

vs. : CA 09-0747-WS-C

MICHAEL J. ASTRUE, :
Commissioner of Social Security,
                                                                                                                                         :

    Defendant.

## **JUDGMENT**

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff be awarded reasonable attorney's fees in the amount of $3,996.43 under the Equal Access to Justice Act.

**DONE** this 24th day of August, 2010.

                                          s/WILLIAM H. STEELE
                                          **CHIEF UNITED STATES DISTRICT JUDGE**