IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DWIGHT BOYKIN,                          :

    Plaintiff,                         :

vs.                                     :          CA 09-00747-WS-C

MICHAEL J. ASTRUE,
Commissioner of Social Security,        :

    Defendant.                         :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated November 28, 2011 is **ADOPTED** as the opinion of this Court.

    **DONE** this 29th day of December, 2011.

                         s/WILLIAM H. STEELE
                         **CHIEF UNITED STATES DISTRICT JUDGE**