IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DWIGHT BOYKIN, | : | |
| Plaintiff, | : | |
| vs. | : | CA 09-00747-WS-C |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | : | |
| Defendant. | : | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the petitioner receive an attorney's fee for services rendered in the Court for the sum of $2,933.50 pursuant to 42 U.S.C. § 406(b). Upon receipt of this award, the petitioner is to refund to the plaintiff the smaller attorney-fee award paid in this case (*i.e.*, $2,933.50). The petitioner is specifically authorized to retain the greater fees awarded, pursuant to the Equal Access to Justice Act ("EAJA"), during the course of this litigation (Doc. 24 (judgment awarding plaintiff attorney's fees in the amount of $3,996.43 under EAJA)).

**DONE** this 29th day of December, 2011.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**